UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN PEREZ,<br><br>        Petitioner,<br><br>    v.<br><br>WARREN MONTGOMERY, Warden,<br><br>        Respondent. | No. CV 21-3099-CJC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition for Writ of Habeas Corpus and the Report and Recommendation. No objections to the Report have been filed. Petitioner has filed a Notice of Voluntary Dismissal of Unexhausted Claim. (Dkt. No. 25.)

    IT IS ORDERED that (1) the findings and recommendation of the Report are accepted; (2) Respondent's motion to dismiss the Petition is GRANTED IN PART only to the extent that the Sixth Amendment unanimity subclaim of Ground Five is deemed unexhausted; (3) Respondent shall respond to the Petition within 60 days after entry of this Order; and (4) the matter is referred back to the magistrate judge.

DATED: July 5, 2022

                                       CORMAC J. CARNEY<br>                                    United States District Judge