IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN PEREZ, | CV 2:21-cv-03099-MWC (AGR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION |
| v. | |
| WARREN MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file, the Report and Recommendation of the United States Magistrate Judge ("Report"), and the Objections. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Report.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 03, 2026

_____

MICHELLE WILLIAMS COURT
United States District Judge