JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN PEREZ, | CV 2:21-cv-03099-MWC (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| WARREN MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and that this action is dismissed with prejudice.

DATED: March 3, 2026

_____
MICHELLE WILLIAMS COURT
United States District Judge